# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-24-00689-CV

---

**Brad Cullipher and Valerie Gray, Appellants**

**v.**

**Michael R. Levy, Appellee**

---

**FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
NO. D-1-GN-20-007584, THE HONORABLE JESSICA MANGRUM, JUDGE PRESIDING**

---

### ORDER AND MEMORANDUM O P I N I O N

**PER CURIAM**

      The parties to this appeal have filed a joint motion to abate this appeal for thirty days while they engage in settlement negotiations. We grant the motion and abate this appeal until further order of this Court. By January 22, 2025, the parties shall file either a motion to reinstate the appeal, a motion to dismiss the appeal, or a status report accompanied by a motion to extend the abatement.

      It is ordered on January 9, 2025.

Before Chief Justice Byrne, Justices Kelly and Ellis

Abated

Filed: January 9, 2025